```
 1  KILPATRICK TOWNSEND & STOCKTON LLP
    GREGORY S. GILCHRIST (Bar # 111536)
 2  GIA L. CINCONE (Bar # 141668)
    Two Embarcadero Center, 8th Floor
 3  San Francisco, California  94111
    Telephone:  (415) 576-0200
 4  Facsimile:  (415) 576-0300
    Email:  ggilchrist@kilpatricktownsend.com, gcincone@kilpatricktownsend.com
 5
    Attorneys for Plaintiff
 6  LEVI STRAUSS & CO.
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVI STRAUSS & CO., | Case No. C 12-04396 MEJ |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANT'S TIME TO RESPOND TO COMPLAINT AND CONTINUATION OF INITIAL CASE MANAGEMENT CONFERENCE** |
| v. | |
| MOTHER LLC, | |
| Defendant. | |

Plaintiff Levi Strauss & Co. ("LS&Co.") and Defendant Mother LLC hereby stipulate and agree as follows:

Counsel for Mother agreed on October 23, 2012, to accept service of LS&Co.'s Complaint. Based on that date, Mother's response to the Complaint would be due on November 13, 2013.

The parties have been engaged in settlement discussions since the filing of the Complaint. In order to allow the parties to continue those discussions and in the hope of reaching an amicable resolution, the parties stipulate that Mother may have an extension of time to November 26, 2012, to respond to the complaint.

The parties further stipulate that the Initial Case Management Conference in this matter, currently scheduled for November 29, 2012, be continued for two weeks until December 13, 2012, and that accompanying deadlines set forth in the Court's initial case management scheduling order be

1 | continued accordingly.

3 | DATED: October 30, 2012     Respectfully submitted,

By:    /Gia L. Cincone/
Gia L. Cincone
KILPATRICK TOWNSEND & STOCKTON LLP
Two Embarcadero Center, Eighth Floor
San Francisco, California 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300

Attorneys for Plaintiff
LEVI STRAUSS & CO.

By:    /Michael R. Heimbold/
Michael R. Heimbold
Steptoe & Johnson LLP
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Telephone: (310) 734-3200
Facsimile: (310) 734-3300

Attorneys for Defendant
MOTHER LLC

IT IS SO ORDERED.

Dated: __November 1, 2012_____     _____
Hon. [Judge Maria-Elena James]
United States District Court