1    KILPATRICK TOWNSEND & STOCKTON LLP
     GREGORY S. GILCHRIST (Bar # 111536)
2    GIA L. CINCONE (Bar # 141668)
     Two Embarcadero Center, 8th Floor
3    San Francisco, California  94111
     Telephone:  (415) 576-0200
4    Facsimile:  (415) 576-0300
     Email:  ggilchrist@kilpatricktownsend.com, gcincone@kilpatricktownsend.com
5
     Attorneys for Plaintiff
6    LEVI STRAUSS & CO.

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   LEVI STRAUSS & CO.,                    Case No. C 12-04396 MEJ

12                  Plaintiff,              **STIPULATION AND [PROPOSED]
                                            ORDER REGARDING DEFENDANT'S
13          v.                              TIME TO RESPOND TO COMPLAINT
                                            AND CONTINUATION OF INITIAL
14   MOTHER LLC,                            CASE MANAGEMENT CONFERENCE**

15                  Defendant.

16

17

18          Plaintiff Levi Strauss & Co. ("LS&Co.") and Defendant Mother LLC hereby stipulate and

19   agree as follows:

20          Counsel for Mother agreed on October 23, 2012, to accept service of LS&Co.'s Complaint.

21   Based on that date, Mother's response to the Complaint would be due on November 13, 2013.

22          The parties have been engaged in settlement discussions since the filing of the Complaint.  In

23   order to allow the parties to continue those discussions and in the hope of reaching an amicable

24   resolution, the parties stipulate that Mother may have an extension of time to November 26, 2012, to

25   respond to the complaint.

26          The parties further stipulate that the Initial Case Management Conference in this matter,

27   currently scheduled for November 29, 2012, be continued for two weeks until December 13, 2012,

28   and that accompanying deadlines set forth in the Court's initial case management scheduling order be

1    continued accordingly.

2

3    DATED: October 30, 2012              Respectfully submitted,

4
                                    By:    ___/Gia L. Cincone/___
5                                          Gia L. Cincone
                                           KILPATRICK TOWNSEND & STOCKTON LLP
6                                          Two Embarcadero Center, Eighth Floor
                                           San Francisco, California  94111
7                                          Telephone: (415) 576-0200
                                           Facsimile: (415) 576-0300
8
                                           Attorneys for Plaintiff
9                                          LEVI STRAUSS & CO.

10

11                                  By:    ___/Michael R. Heimbold/___
                                           Michael R. Heimbold
12                                         Steptoe & Johnson LLP
                                           2121 Avenue of the Stars, Suite 2800
13                                         Los Angeles, California  90067
                                           Telephone: (310) 734-3200
14                                         Facsimile: (310) 734-3300

15                                         Attorneys for Defendant
                                           MOTHER LLC
16

17
     IT IS SO ORDERED.
18

19
     Dated: _November 1, 2012_____
20
                                           _____
21                                         Hon.
                                           Unit
22                                                Judge Maria-Elena James

23

24

25

26

27

28