UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| LEVI STRAUSS, | No. C 12-04396 MEJ |
| Plaintiff(s), | **ORDER RE: STATUS** |
| v. | |
| MOTHER LLC, | |
| Defendant(s). | |

This matter is currently scheduled for a Case Management Conference on December 13, 2012. However, as no joint statement has been filed, the Court VACATES the December 13 conference and ORDERS the parties to file a status report by December 19, 2012.

**IT IS SO ORDERED.**

Dated: December 10, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge