1  KILPATRICK TOWNSEND & STOCKTON LLP
   GREGORY S. GILCHRIST (Bar # 111536)
2  GIA L. CINCONE (Bar # 141668)
   Two Embarcadero Center, 8th Floor
3  San Francisco, California  94111
   Telephone:  (415) 576-0200
4  Facsimile:  (415) 576-0300
   Email:  ggilchrist@kilpatricktownsend.com, gcincone@kilpatricktownsend.com
5
   Attorneys for Plaintiff
6  LEVI STRAUSS & CO.

7

8                    UNITED STATES DISTRICT COURT

9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 LEVI STRAUSS & CO.,                      Case No. C 12-04396 MEJ

12                Plaintiff,
                                            **JOINT STATUS REPORT AND**
13         v.                               **[PROPOSED] ORDER**

14 MOTHER LLC,

15                Defendant.

16

17

18       Pursuant to the Court's December 10, 2012, Order (Docket 7), Plaintiff Levi Strauss & Co.

19 ("LS&Co.") and Defendant Mother LLC ("Mother") hereby submit this joint status report and

20 proposed order.

21       Counsel for Mother agreed on October 23, 2012, to accept service of LS&Co.'s Complaint.

22 Pursuant to several agreements between the parties for extensions of time, Mother has not yet

23 responded to the Complaint.

24       The parties have been engaged in settlement discussions since the filing of the Complaint and

25 have exchanged drafts of a settlement agreement.  The parties expect they will be able to determine

26 within the next 30 days whether they will be able to reach an amicable resolution of this dispute.

27 Accordingly, the parties respectfully propose the following:

28

1. Mother is granted a further extension of time to January 7, 2013, to respond to the Complaint.

2. The Initial Case Management Conference in this matter shall be rescheduled for January 17, 2013, and the accompanying deadlines set forth in the Court's initial case management scheduling order shall be continued accordingly.

The parties stipulate and agree that no further continuances of these deadlines shall be requested.

DATED: December 19, 2012          Respectfully submitted,

By: ___/Gia L. Cincone/___
Gia L. Cincone
KILPATRICK TOWNSEND & STOCKTON LLP
Two Embarcadero Center, Eighth Floor
San Francisco, California 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300

Attorneys for Plaintiff
LEVI STRAUSS & CO.


By: ___/Michael R. Heimbold/___
Michael R. Heimbold
Steptoe & Johnson LLP
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Telephone: (310) 734-3200
Facsimile: (310) 734-3300

Attorneys for Defendant
MOTHER LLC

IT IS SO ORDERED.

Dated: December 20, 2012          _____
Hon. Maria-Elena James
United States Magistrate Judge