KILPATRICK TOWNSEND & STOCKTON LLP
GREGORY S. GILCHRIST (Bar # 111536)
GIA L. CINCONE (Bar # 141668)
Two Embarcadero Center, 8th Floor
San Francisco, California  94111
Telephone:  (415) 576-0200
Facsimile:  (415) 576-0300
Email:  ggilchrist@kilpatricktownsend.com, gcincone@kilpatricktownsend.com

Attorneys for Plaintiff
LEVI STRAUSS & CO.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVI STRAUSS & CO.,<br><br>           Plaintiff,<br><br>      v.<br><br>MOTHER LLC,<br><br>           Defendant. | Case No. C 12-04396 MEJ<br><br>**JOINT STATUS REPORT AND [PROPOSED] ORDER** |

   Pursuant to the Court's December 10, 2012, Order (Docket 7), Plaintiff Levi Strauss & Co. ("LS&Co.") and Defendant Mother LLC ("Mother") hereby submit this joint status report and proposed order.

   Counsel for Mother agreed on October 23, 2012, to accept service of LS&Co.'s Complaint. Pursuant to several agreements between the parties for extensions of time, Mother has not yet responded to the Complaint.

   The parties have been engaged in settlement discussions since the filing of the Complaint and have exchanged drafts of a settlement agreement.  The parties expect they will be able to determine within the next 30 days whether they will be able to reach an amicable resolution of this dispute. Accordingly, the parties respectfully propose the following:

1       1.      Mother is granted a further extension of time to January 7, 2013, to respond to the Complaint.

2       2.      The Initial Case Management Conference in this matter shall be rescheduled for January 17, 2013, and the accompanying deadlines set forth in the Court's initial case management scheduling order shall be continued accordingly.

The parties stipulate and agree that no further continuances of these deadlines shall be requested.

DATED: December 19, 2012        Respectfully submitted,

By:   /Gia L. Cincone/
Gia L. Cincone
KILPATRICK TOWNSEND & STOCKTON LLP
Two Embarcadero Center, Eighth Floor
San Francisco, California  94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300

Attorneys for Plaintiff
LEVI STRAUSS & CO.

By:   /Michael R. Heimbold/
Michael R. Heimbold
Steptoe & Johnson LLP
2121 Avenue of the Stars, Suite 2800
Los Angeles, California  90067
Telephone: (310) 734-3200
Facsimile: (310) 734-3300

Attorneys for Defendant
MOTHER LLC

IT IS SO ORDERED.

Dated: December 20, 2012        _____
Hon. Maria-Elena James
United States Magistrate Judge