UNITED STATES DISTRICT COURT

Northern District of California

LEVI STRAUSS,

              Plaintiff(s),

   v.

MOTHER LLC,

             Defendant(s).
_____/

No. C 12-04396 MEJ

**ORDER RE: STATUS**

This matter is currently scheduled for a Case Management Conference on January 17, 2013. However, as no joint statement has been filed, the Court VACATES the January 17 conference and ORDERS the parties to file a status report by January 24, 2013.

**IT IS SO ORDERED.**

Dated: January 14, 2013

_____
Maria-Elena James
United States Magistrate Judge