KILPATRICK TOWNSEND & STOCKTON LLP
GREGORY S. GILCHRIST (Bar # 111536)
GIA L. CINCONE (Bar # 141668)
Two Embarcadero Center, 8th Floor
San Francisco, California 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300
Email: ggilchrist@kilpatricktownsend.com, gcincone@...

Attorneys for Plaintiff
LEVI STRAUSS & CO.

**GRANTED**
*Judge Maria-Elena James*
Dated: 1/23/2013

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVI STRAUSS & CO.,<br><br>                    Plaintiff,<br><br>         v.<br><br>MOTHER LLC,<br><br>                    Defendant. | Case No. C 12-04396 MEJ<br><br>**PLAINTIFF LEVI STRAUSS & CO.'S NOTICE OF DISMISSAL WITH PREJUDICE**<br><br>Hon. Maria-Elena James |

Pursuant to Federal Rule of Civil Procedure 41(a)(1), plaintiff Levi Strauss & Co. voluntarily dismisses this action with prejudice. As of this date, the defendant has not filed an answer or otherwise responded to the complaint.

DATED: January 23, 2013          Respectfully submitted,

                    By: */s/ Gia L. Cincone*
                         Gia L. Cincone
                         KILPATRICK TOWNSEND & STOCKTON LLP
                         Two Embarcadero Center, Eighth Floor
                         San Francisco, California 94111
                         Telephone: (415) 576-0200
                         Facsimile: (415) 576-0300

                         Attorneys for Plaintiff
                         LEVI STRAUSS & CO.

64753817v1