1  KILPATRICK TOWNSEND & STOCKTON LLP
   GREGORY S. GILCHRIST (Bar # 111536)
2  GIA L. CINCONE (Bar # 141668)
   Two Embarcadero Center, 8th Floor
3  San Francisco, California  94111
   Telephone:  (415) 576-0200
4  Facsimile:  (415) 576-0300
   Email:  ggilchrist@kilpatricktownsend.com, gcincone@...
5
   Attorneys for Plaintiff
6  LEVI STRAUSS & CO.

*Dated: 1/23/2013*

*GRANTED — Judge Maria-Elena James* (United States District Court, Northern District of California seal)

7

8                     UNITED STATES DISTRICT COURT

9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | LEVI STRAUSS & CO.,        | Case No. C 12-04396 MEJ
12 |         Plaintiff,         | **PLAINTIFF LEVI STRAUSS & CO.'S NOTICE OF DISMISSAL WITH PREJUDICE**
13 |     v.                     |
14 | MOTHER LLC,                | Hon. Maria-Elena James
15 |         Defendant.         |
16

17    Pursuant to Federal Rule of Civil Procedure 41(a)(1), plaintiff Levi Strauss & Co. voluntarily

18 dismisses this action with prejudice.  As of this date, the defendant has not filed an answer or

19 otherwise responded to the complaint.

20
   DATED: January 23, 2013            Respectfully submitted,
21

22                                    By: */s/ Gia L. Cincone*
                                          Gia L. Cincone
23                                        KILPATRICK TOWNSEND & STOCKTON LLP
                                          Two Embarcadero Center, Eighth Floor
24                                        San Francisco, California  94111
                                          Telephone: (415) 576-0200
25                                        Facsimile: (415) 576-0300

26                                        Attorneys for Plaintiff
                                          LEVI STRAUSS & CO.
27  64753817v1

28